# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Donna Fitzpatrick
Case No: _____
Business Name: Lotus Hair & Skin
For the Month & Year (1/05, etc.): 2/19

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service   $ 12,432
(2) Other (Specify)                      $
(3) Other (Specify)                      $
(4) Total Actual Income (1+2+3)          $

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease                                       $ 815
(6) Utilities (Electricity, Gas, Water&Sewer)        $ 773
(7) Telephone                                        $ 67
(8) Insurance                                        $ 1000
(9) Wages for Employees                              $ 333
(10) Wages for Self/Owner(s)                         $ [illegible]
(11) Taxes  *meals & entertainment*                  $ 1039
(12) Gas and Fuel for Business Vehicles              $
(13) Other (Specify) supplies                        $ 6093
(14) Other (Specify) misc fees/license               $ 718
(15) Other (Specify)                                 $
(16) Total Actual Business Expenses Paid Or $
     (sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16)   $
(18) Net Wages From Regular Employment-Del       $
(19) Net Wages From Regular Employment-Spc       $
(20) Amount Carried Over From Last Month         $ 3607
(21) Total Net Monthly Income (sum of 17 thr     $

**PERSONAL**
(22) Rent/Mortgage                                   $
(23) Utilities (gas, electric, water, sewer, fuel)   $
(24) Telephone                                       $ 160
(25) Food                                            $ 558
(26) Transportation (fuel, tolls, parking)           $
(27) Other (specify) Insurance                       $ 154
(28) Other (specify)                                 $
(29) Other (specify)                                 $
(30) Other (specify)                                 $
(31) Other (specify)                                 $
(32) Total Actual Personal Expenses Paid (22 $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32)   $ 4,268.22
(34) MONTHLY CHAPTER 13 PLAN PAYMENT           $
(35) Net Excess Income (line 33 - line 34)     $
     carry amount on line 35 to next month line 20

**EXHIBIT D**

## MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: _Donna Fitzpatrick_
Case No: _____
Business Name: _Lotus Hair & Skin_
For the Month & Year (1/05, etc.): _1/19_

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service  $ 12,460
(2) Other (Specify)  $
(3) Other (Specify)  $
(4) Total Actual Income (1+2+3)  $

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease  $ 815
(6) Utilities (Electricity, Gas, Water&Sewer)  $ 397
(7) Telephone  $ 65
(8) Insurance  $
(9) Wages for Employees  $ 2262
(10) Wages for Self/Owner(s)  $ 690
(11) Taxes  $ 1041
(12) Gas and Fuel for Business Vehicles + meals + enter.  $
(13) Other (Specify) Supplies  $ 3180
(14) Other (Specify) misc fees  $ 801
(15) Other (Specify) repairs  $ 131
(16) Total Actual Business Expenses Paid On $
(sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $
(18) Net Wages From Regular Employment-Del $
(19) Net Wages From Regular Employment-Spo $
(20) Amount Carried Over From Last Month  $ 2327.56
(21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
(22) Rent/Mortgage  $
(23) Utilities (gas, electric, water, sewer, fuel)  $ 552
(24) Telephone  $ 65+65 + 552 = 682
(25) Food  $ 355
(26) Transportation (fuel, tolls, parking)  $
(27) Other (specify) insurance  $ 153
(28) Other (specify)  $
(29) Other (specify)  $
(30) Other (specify)  $
(31) Other (specify)  $
(32) Total Actual Personal Expenses Paid (22 $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32)  $ 3607
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $
(35) Net Excess Income (line 33 - line 34)  $
carry amount on line 35 to next month line 20

*EXHIBIT D*

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

**Debtor Name:** Donna Fitzpatrick
**Case No:** _____
**Business Name:** Lotus Hair & Skin
**For the Month & Year (1/05, etc.):** 12/18

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service   $ 12,222.
(2) Other (Specify)   $
(3) Other (Specify)   $
(4) Total Actual Income (1+2+3)   $

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease   $ 875
(6) Utilities (Electricity, Gas, Water&Sewer)   $ 300
(7) Telephone   $ 65
(8) Insurance   $ 280
(9) Wages for Employees   $ 653
(10) Wages for Self/Owner(s)   $ 750
(11) Taxes   $ 587
(12) Gas and Fuel for Business Vehicles  (12) meals + enter.   $
(13) Other (Specify) supplies   $ 2490
(14) Other (Specify) Travel   $ 3375
(15) Other (Specify) misc fees   $ 409
(16) Total Actual Business Expenses Paid Or $
   (sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $
(18) Net Wages From Regular Employment-Deb $
(19) Net Wages From Regular Employment-Spo $
(20) Amount Carried Over From Last Month   $ 1567
(21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
(22) Rent/Mortgage   $
(23) Utilities (gas, electric, water, sewer, fuel)   $ 640
(24) Telephone   $ 300
(25) Food   $ 100
(26) Transportation (fuel, tolls, parking)   $
(27) Other (specify) Insurance   $ 153
(28) Other (specify)   $
(29) Other (specify)   $
(30) Other (specify)   $
(31) Other (specify)   $
(32) Total Actual Personal Expenses Paid (22 $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32)   $ 2,327
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $
(35) Net Excess Income (line 33 - line 34)   $
   carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Donna Fitzpatrick
Case No: _____
Business Name: Lotus Hair & Skin
For the Month & Year (1/05, etc.): 11/18

**BUSINESS INCOME:**
(1) Actual Income from Sales & Service       $ 10,938
(2) Other (Specify)                          $
(3) Other (Specify)                          $
(4) Total Actual Income (1+2+3)              $

**ACTUAL BUSINESS EXPENSE PAID**
(5) Rent/Lease                               $ 815
(6) Utilities (Electricity, Gas, Water&Sewer) $ 352
(7) Telephone                                $ 125
(8) Insurance                                $ 250
(9) Wages for Employees                      $ 1537
(10) Wages for Self/Owner(s)                 $ 1700
(11) Taxes                                   $
(12) Gas and Fuel for Business Vehicles      $ 340
(13) Other (Specify) supplies                $ 2652
(14) Other (Specify) meals + entertain.      $ 458
(15) Other (Specify) office supplies Misc    $ 470
(16) Total Actual Business Expenses Paid Or $
    (sum of 5 through 16)

(17) Net Business Income/Loss (line 4-Line 16) $
(18) Net Wages From Regular Employment-Del $
(19) Net Wages From Regular Employment-Spc $
(20) Amount Carried Over From Last Month    $ 2481.58
(21) Total Net Monthly Income (sum of 17 thr $

**PERSONAL**
(22) Rent/Mortgage                           $
(23) Utilities (gas, electric, water, sewer, fuel) $ 163 + 160
(24) Telephone                               $ 64.
(25) Food                                    $
(26) Transportation (fuel, tolls, parking)   $
(27) Other (specify) car Insurance           $ 153
(28) Other (specify)                         $
(29) Other (specify)                         $
(30) Other (specify)                         $
(31) Other (specify)                         $
(32) Total Actual Personal Expenses Paid (22 $

**NET INCOME (LOSS)**
(33) Gross Excess Income (line 21 - line 32) $ 1566.57
(34) MONTHLY CHAPTER 13 PLAN PAYMENT $
(35) Net Excess Income (line 33 - line 34)   $
    carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Donna Fitzpatrick
Case No: _____
Business Name: Lotus Hair & Skin
For the Month & Year (1/05, etc.): 10/18

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service $ 13,980.51
- (2) Other (Specify) $
- (3) Other (Specify) $
- (4) Total Actual Income (1+2+3) $ 13,980.51

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease $ 875
- (6) Utilities (Electricity, Gas, Water&Sewer) $ 250
- (7) Telephone $ 125
- (8) Insurance $ 250
- (9) Wages for Employees $ 1983
- (10) Wages for Self/Owner(s) $ ~~~~~~~~~~
- (11) Taxes - fees misc. $ 209
- (12) Gas and Fuel for Business Vehicles $ 1173
- (13) Other (Specify) meals & entertainment $ 225
- (14) Other (Specify) ~~~~~~~~~~ $ 12,736.22
- (15) Other (Specify) cable supplies $ 64.455 = 119.
- (16) Total Actual Business Expenses Paid O $ 17,945
  (sum of 5 through 16)
- (17) Net Business Income/Loss (line 4-Line 16) $ 2,481.58
- (18) Net Wages From Regular Employment-Deb $
- (19) Net Wages From Regular Employment-Spo $
- (20) Amount Carried Over From Last Month $ 6,446.87
- (21) Total Net Monthly Income (sum of 17 thr $ 2,481.58

**PERSONAL**
- (22) Rent/Mortgage $
- (23) Utilities (gas, electric, water, sewer, fuel) $ 550
- (24) Telephone $ 160
- (25) Food $ 800
- (26) Transportation (fuel, tolls, parking) $
- (27) Other (specify) car payment $ 375
- (28) Other (specify) car Insurance $ 225
- (29) Other (specify) cable internet $ 208
- (30) Other (specify) $
- (31) Other (specify) $
- (32) Total Actual Personal Expenses Paid (22 $ 2,318

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32) $ 2,481.58
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT $
- (35) Net Excess Income (line 33 - line 34) $
  carry amount on line 35 to next month line 20

**EXHIBIT D**

# MONTHLY FINANCIAL REPORT OF BUSINESS OPERATIONS

Debtor Name: Donna Fitzpatrick
Case No: _____
Business Name: Lotus Hair & Skin
For the Month & Year (1/05, etc.): 9/18

**BUSINESS INCOME:**
- (1) Actual Income from Sales & Service  $ 25,238.07
- (2) Other (Specify)  $ ~~104,634.08~~
- (3) Other (Specify)  $
- (4) Total Actual Income (1+2+3)  $

**ACTUAL BUSINESS EXPENSE PAID**
- (5) Rent/Lease  $ 875
- (6) Utilities (Electricity, Gas, Water&Sewer)  $ 250
- (7) Telephone  $ 125
- (8) Insurance  $ 250
- (9) Wages for Employees  $
- (10) Wages for Self/Owner(s)  $
- (11) Taxes  $
- (12) Gas and Fuel for Business Vehicles  $
- (13) Other (Specify)  $
- (14) Other (Specify)  $
- (15) Other (Specify)  $
- (16) Total Actual Business Expenses Paid On  $ 20,065
  (sum of 5 through 16)

- (17) Net Business Income/Loss (line 4-Line 16)  $
- (18) Net Wages From Regular Employment-Del  $
- (19) Net Wages From Regular Employment-Spc  $
- (20) Amount Carried Over From Last Month  $ 1,273
- (21) Total Net Monthly Income (sum of 17 thr  $

**PERSONAL**
- (22) Rent/Mortgage  $
- (23) Utilities (gas, electric, water, sewer, fuel)  $
- (24) Telephone  $
- (25) Food  $
- (26) Transportation (fuel, tolls, parking)  $
- (27) Other (specify)  $
- (28) Other (specify)  $
- (29) Other (specify)  $
- (30) Other (specify)  $
- (31) Other (specify)  $
- (32) Total Actual Personal Expenses Paid (22  $

**NET INCOME (LOSS)**
- (33) Gross Excess Income (line 21 - line 32)  $ 6447
- (34) MONTHLY CHAPTER 13 PLAN PAYMENT  $
- (35) Net Excess Income (line 33 - line 34)  $
  carry amount on line 35 to next month line 20

*EXHIBIT D*