**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: Donna M Fitzpatrick | : : : : | Chapter 13 Bankruptcy Case No.: 19-11499AMC |
|---|---|---|

**ORDER**

AND NOW, this  2nd  day of  April  , 2019, upon consideration of the within Motion to Extend Time to File Required Documents, it is hereby:

ORDERED that the Motion that is GRANTED, and it is

FURTHER ORDERED that Debtor shall file all required documents with the Court on or before  April 16  , 2019.

_____
**Judge Ashely M. Chan**