IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | |
|---|---|---|
| | : | |
| Donna M. Fitzpatrick | : | Chapter 13 |
| | : | |
| | : | Case No. 19-11499AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Application for Fees filed at Docket Number 26.

Dated: July 24, 2019              /s/ Brad J. Sadek, Esquire
                                   Brad J. Sadek, Esquire
                                   Sadek and Cooper
                                   1315 Walnut Street, Suite 502
                                   Philadelphia, PA 19107
                                   215-545-0008