United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                        Case No. 19-11499-amc
Donna M Fitzpatrick                                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 1          Date Rcvd: Dec 02, 2019
                             Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 04, 2019.
db              +Donna M Fitzpatrick,    1203 Swarthmore Avenue,    Folsom, PA 19033-1024

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 04, 2019                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 2, 2019 at the address(es) listed below:
        BRAD J. SADEK    on behalf of Debtor Donna M Fitzpatrick brad@sadeklaw.com,  bradsadek@gmail.com
        KEVIN G. MCDONALD    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com
        MARIO J. HANYON    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
        THOMAS YOUNG.HAE SONG    on behalf of Creditor    FREEDOM MORTGAGE CORPORATION paeb@fedphe.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                        TOTAL: 6

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| In Re: | : | Chapter 13 |
|     Donna M Fitzpatrick | : | |
| | : | |
| | : | Case No.:  19-11499AMC |
| Debtor(s) | : | |

## ORDER

AND NOW, upon consideration of the Application for Compensation ("the

Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's

certification that proper service has been made on all interested parties and upon the

Applicant's certification of no response,

It is hereby ORDERED that:

1.  The Application is GRANTED.

2.  Compensation is ALLOWED in favor of the Applicant in the amount of $4,000.00.

3.  The Chapter 13 Trustee chapter 13 is authorized to distribute to the Applicant as an

    administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C.

    §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less

    $1,810.00 which was paid by the Debtor(s) prepetition, to the extent such distribution

    is authorized under the terms of the confirmed chapter 13 plan.

Dated:  **December 2, 2019**    _____

                                          Judge Ashely M. Chan