# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| DONNA M. FITZPATRICK : | |
| LEBER R. FITZPATRICK : | BK. No. 19-11499 AMC |
| **Debtors** : | |

## ORDER

AND NOW, this ____ day of _____, 2020, it is hereby **ORDERED** that the corresponding Stipulation is hereby approved, shall be, and is hereby made an Order of this Court; and it is further;

**ORDERED** that FEDERAL RULE OF BANKRUPTCY PROCEDURE 3002.1 is no longer applicable to Movant, its successors or assignees.

**Date: April 28, 2020**

_____
**ASHELY M. CHAN**,
**Bankruptcy Judge**

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19106

BRAD J. SADEK, ESQ.
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

JEROME B. BLANK, ESQ.
PHELAN HALLINAN DIAMOND & JONES, LLP
1617 JFK BOULEVARD
SUITE 1400
PHILADELPHIA, PA 19103

DONNA M. FITZPATRICK
1203 SWARTHMORE AVE
FOLSOM, PA 19033

LEBER R. FITZPATRICK
1203 SWARTHMORE AVE
FOLSOM, PA 19033