IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Donna M Fitzpatrick | : | Chapter 13 |
| | : | |
| | : | Case No. 19-11499AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation filed at docket number 51.

Dated: May 14, 2020         /s/ Brad J. Sadek, Esquire
                            Brad J. Sadek, Esquire
                            Sadek and Cooper
                            1315 Walnut Street, Suite 502
                            Philadelphia, PA 19107
                            215-545-0008