**THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)**

| | |
|---|---|
| IN RE: : | |
| **DONNA M FITZPATRICK** : | BK. No. 19-11499-amc |
| Debtor : | |
| : | Chapter No. 13 |
| **FREEDOM MORTGAGE CORPORATION** | |
| Movant | |
| v. | |
| **DONNA M. FITZPATRICK** | |
| **LEBER R. FITZPATRICK (Non-Filing Co-Debtor)** | |
| Respondents | |

**NOTICE OF COVID-19 MORTGAGE FORBEARANCE AGREEMENT PURSUANT TO LOCAL ORDER 20-3007**

The undersigned, Phelan Hallinan Diamond & Jones, LLP, are creditor's counsel in this matter.

1. Debtor currently has a mortgage with **FREEDOM MORTGAGE CORPORATION**. The property address is 1203 SWARTHMORE AVE, FOLSOM, PA 19033, Loan # ending in 7483. A Proof of Claim has been filed on the claim register at #5. A written/unwritten Notice of Payment Change/Forbearance is being filed on the claims docket pursuant to bankruptcy Rule 3002.1 (b) and Local Rule 20-3007.

2. The terms of the forbearance are as follows: Regular monthly mortgage payments starting with the April 1, 2020 through September 30, 2020 are suspended.

3. The Creditor advises that no fees will be assessed against the loan with regard to this Notice of Forbearance.

4. Prior to the expiration of the forbearance period, Debtor must either (1) request additional forbearance time under Local Rule, State or Federal Law; (2) enter into

loss mitigation with Creditor; or (3) file an Amended Chapter 13 Plan which cures the arrears resulting from the forbearance period over the remainder of the Chapter 13 Plan. A copy of the Forbearance Agreement is attached hereto as exhibit "A".

5. Creditor, does not waive any rights to collect the payments that come due during the forbearance period or any payments that were due and owing prior to the forbearance period. The payment post-petition amount due at the time of this forbearance is $2,138.98.

6. Creditor does not waive its rights under the terms of the note and mortgage or under other applicable non-bankruptcy laws and regulations, including, but not limited to, RESPA, and the right to collect on any post-petition escrow shortage.

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
May 14, 2020                          Email: Thomas.Song@phelanhallinan.com

# THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA (Philadelphia)

| | |
|---|---|
| IN RE: : | |
| **DONNA M FITZPATRICK** : | BK. No. 19-11499-amc |
| Debtor : | |
| : | Chapter No. 13 |
| **FREEDOM MORTGAGE CORPORATION** | |
| Movant | |
| v. | |
| **DONNA M. FITZPATRICK** | |
| **LEBER R. FITZPATRICK (Non-Filing Co-Debtor)** | |
| Respondents | |

## CERTIFICATE OF SERVICE

I hereby certify that service upon all interested parties, indicated below was made by sending true and correct copies of the Notice of Forbearance by electronic means on May 14, 2020.

WILLIAM C. MILLER, ESQ.
CHAPTER 13 TRUSTEE
P.O. BOX 1229
PHILADELPHIA, PA 19105

BRAD J. SADEK
SADEK AND COOPER
1315 WALNUT STREET
SUITE 502
PHILADELPHIA, PA 19107

UNITED STATES TRUSTEE
OFFICE OF THE U.S. TRUSTEE
200 CHESTNUT STREET
SUITE 502
PHILADELPHIA, PA 19106

DONNA M FITZPATRICK
1203 SWARTHMORE AVENUE
FOLSOM, PA 19033

LEBER R. FITZPATRICK
1203 SWARTHMORE AVE
FOLSOM, PA 19033

/s/ Thomas Song, Esquire
Thomas Song, Esq., Id. No.89834
Phelan Hallinan Diamond & Jones, LLP
1617 JFK Boulevard, Suite 1400
One Penn Center Plaza
Philadelphia, PA 19103
Phone Number: 215-563-7000 Ext 31387
Fax Number: 215-568-7616
Email: Thomas.Song@phelanhallinan.com

May 14, 2020

# Exhibit "A"



PO Box 50485, Indianapolis, IN 46250-0485

SADEK AND COOPER, BRAD J SADEK
1315 WALNUT ST STE 502,
PHILADELPHIA, PA 19107

05/07/20

Re:   DONNA M FITZPATRICK
      Case Number:  1911499
      Account Number:

**IMPORTANT NOTICE: TO THE EXTENT THE BORROWER'S OBLIGATION HAS BEEN DISCHARGED IN BANKRUPTCY, IS SUBJECT TO THE AUTOMATIC STAY OR IS PROVIDED FOR IN A CONFIRMED PLAN, THIS COMMUNICATION IS FOR REGULATORY COMPLIANCE AND/OR INFORMATIONAL PURPOSES ONLY, AND DOES NOT CONSTITUTE A DEMAND FOR PAYMENT OR AN ATTEMPT TO IMPOSE PERSONAL LIABILITY FOR SUCH OBLIGATION.**

Dear Attorney,

Your client(s) initiated contact with us recently requesting a forbearance of mortgage payments as a result of impact due to the COVID-19 emergency.  Therefore, Freedom has granted a forbearance on the account beginning on April 1, 2020 through and including September 30, 2020, in accordance with the CARES Act.

Due to your client's active status in bankruptcy, we are writing to ensure that, as counsel for the debtor, your client has made you aware of this forbearance request and Freedom's agreement to grant this request.  We also want to ensure that you will take all actions that are necessary to address this forbearance in the bankruptcy case, as may be applicable.

We have enclosed an authorization form seeking your consent to allow Freedom and/or Freedom's representatives to continue to communicate directly with Freedom or its representatives regarding this forbearance, and any further potential loss mitigation options.



PO Box 50485, Indianapolis, IN 46250-0485

Upon receipt of this notice, please contact Freedom's designated bankruptcy counsel to confirm receipt, and to ensure that the lines of communication remain open so that we may work through this matter together.

Sincerely,

Bankruptcy Department
Freedom Mortgage Corporation

cc:    Borrower Name(s)
       FMC BK Counsel



PO Box 50485, Indianapolis, IN 46250-0485

AUTHORIZATION TO COMMUNICATE WITH DEBTOR(S)
REGARDING POTENTIAL LOSS MITIGATION OPTIONS

Loan Number       █████████
Collateral Address   1203 SWARTHMORE AVE
                     FOLSOM        PA 19033

Debtor(s):   DONNA M FITZPATRICK
Case:        1911499

Freedom Mortgage Corporation ("Freedom") is the mortgage loan servicer for the above-referenced loan. The debtor(s), identified above, are in an active bankruptcy.

At the Debtor(s) request, through outreach to Freedom, due to a hardship experienced as a result of the COVID-19 crisis, Freedom Mortgage has granted the debtor(s) a forbearance, from April 1, 2020 until September 30, 2020, (the "forbearance period").

Debtor's counsel SADEK AND COOPER, BRAD J SADEK hereby authorizes Freedom and/or its agents to communicate directly with debtors during the forbearance period and thereafter, as reasonable and necessary, for the purposes of discussing potential loss mitigation options and general loan account information. Such authorized communications shall not constitute a violation of the automatic stay.

Firm Name:          _____
Firm Address:       _____
                    _____
                    _____

Authorized Representative:   _____
Contact Information:         _____ (telephone)
                             _____ (email)
                             _____ (other)

Signature:          _____