IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | |
| | : | |
| Donna M Fitzpatrick | : | Chapter 13 |
| | : | |
| | : | Case No.  19-11499AMC |
| Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Motion to Modify Plan filed at docket number 48

Dated:  May 26, 2020              /s/ Brad J. Sadek, Esquire
                                  Brad J. Sadek, Esquire
                                  Sadek and Cooper
                                  1315 Walnut Street, Suite 502
                                  Philadelphia, PA 19107
                                  215-545-0008