UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| IN RE: | : | |
| --- | --- | --- |
| | : | |
| Donna M. Fitzpatrick | : | Case No.: 19-11499-MDC |
| | : | |
| Debtor(s) | : | Chapter 13 |

**CERTIFICATE OF NO RESPONSE**

    I hereby certify that no answer, objection or other responsive pleading has been filed in response to the Supplemental Application for Compensation and respectfully request that the Order attached to the Application be approved.

Dated: October 30, 2020            /s/ Brad J. Sadek, Esquire
                                                             Brad J. Sadek, Esquire
                                                             Sadek and Cooper Law Offices, LLC
                                                              1315 Walnut Street, Suite 502
                                                             Philadelphia, Pa 19107
                                                             215-545-0008