United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  Case No. 19-11499-mdc

Donna M Fitzpatrick  Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: Adminstra | Page 1 of 2 |
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+        Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 31, 2020:**

**Recip ID        Recipient Name and Address**
db                +   Donna M Fitzpatrick, 1203 Swarthmore Avenue, Folsom, PA 19033-1024

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 31, 2020            Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 29, 2020 at the address(es) listed below:**

**Name**                **Email Address**

BRAD J. SADEK
     on behalf of Debtor Donna M Fitzpatrick brad@sadeklaw.com bradsadek@gmail.com;sadek.bradj.r101013@notify.bestcase.com

JEROME B. BLANK
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

KEVIN G. MCDONALD
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

MARIO J. HANYON
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION mario.hanyon@brockandscott.com wbecf@brockandscott.com

REBECCA ANN SOLARZ
     on behalf of Creditor FREEDOM MORTGAGE CORPORATION bkgroup@kmllawgroup.com

REGINA COHEN

| District/off: 0313-2 | User: Adminstra | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Dec 29, 2020 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Creditor Ally Financial Inc. rcohen@lavin-law.com ksweeney@lavin-law.com

THOMAS YOUNG.HAE SONG

on behalf of Creditor FREEDOM MORTGAGE CORPORATION paeb@fedphe.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.

ecfemails@ph13trustee.com philaecf@gmail.com

TOTAL: 9

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                            :
                                                  :     Chapter 13
    Donna M Fitzpatrick                           :
    Debtor(s)                                     :     Case No. 19-11499-MDC

## ORDER

    **AND NOW**, upon consideration of the Supplemental Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,
    It is hereby **ORDERED** that:
1. The Application is **GRANTED.**
2. Compensation is **ALLOWED** in favor of the Applicant in the amount of $1,200.00.

**Dated:**   December 28, 2020

_____
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge