# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

Chapter 13

Bankruptcy No. 19-11499-MDC

DONNA M FITZPATRICK

1203 SWARTHMORE AVENUE

FOLSOM, PA 19033

      Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

  Debtor(s), at the address listed, by first class mail.

DONNA M FITZPATRICK

1203 SWARTHMORE AVENUE

FOLSOM, PA 19033

Counsel for debtor(s), by electronic notice only.

BRAD J. SADEK ESQ
SADEK LAW OFFICE
1315 WALNUT STREET #502
PHILADELPHIA, PA 19107-

/S/ William C. Miller

Date: 4/15/2021

_____
William C. Miller, Esquire
Chapter 13 Standing Trustee