IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|    Donna M. Fitzpatrick | : | Chapter 13 |
| | : | Case No. 19-11499-MDC |
|    Debtor(s) | : | |

## CERTIFICATE OF NO RESPONSE

I hereby certify that no answer, objection or other responsive pleading has been filed in response to the *Motion to Modify Plan* and respectfully request that the Order attached to the Motion be entered.

Dated: August 4, 2021                          /s/ Brad J. Sadek, Esquire
                                                                        Brad J. Sadek, Esquire
                                                                        Sadek and Cooper Law Offices, LLC
                                                                        1315 Walnut Street, Suite 502
                                                                        Philadelphia, Pa 19107
                                                                        215-545-0008