**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | : |
| Donna M. Fitzpatrick | : Case No.: 19-11499-mdc |
| Debtor | : Chapter 13 |

**ORDER GRANTING DEBTOR'S**
**MOTION TO MODIFY PLAN AFTER CONFIRMATION**

AND NOW, this __12th__ day of __August__ 2021 upon consideration of the Motion to Modify the Chapter 13 Plan after Confirmation it is hereby ORDERED and DECREED that the Chapter 13 Plan may be modified in accordance with the Debtor's Motion;

_Magdeline D. Coleman_
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge