**KML LAW GROUP, P.C.**
**THE BNY INDEPENDENCE CENTER**
**701 MARKET STREET SUITE– 5000**
**PHILADELPHIA, PA 19106**
**www.kmllawgroup.com**

July 19, 2022

Brad J. Sadek Esq.
1315 Walnut Street
Suite 502
Philadelphia, PA 19107

RE:   **NOTICE OF DEFAULT UNDER COURT APPROVED STIPULATION**
      FREEDOM MORTGAGE CORPORATION vs. Donna M. Fitzpatrick
      Case No. 19-11499 MDC
      Last 4 Digits of Loan No. 7483

Dear Sir or Madam:

Please be advised that your client is in default under the terms of the Stipulation that was approved by the Bankruptcy Court. Under the terms of the Stipulation, your client must cure the default within ten (10) days of this Notice.

- Regular mortgage payments for the months of 08/2020-11/2020@ $2138.98 each; 12/2020-11/2021@$2330.41 each; 12/2021-07/2022@ $2546.89 each;
- Less Debtor Suspense credit in the amount of $183.06;

**The total due is $56,712.90 and must be received on or before July 29, 2022.**

- The monthly payment for August 2022, is/will be due on the 1st day of the month and is not included in the figure listed above.

**NOTICE TO BORROWER:** Please call **your attorney** with any questions. We are **not permitted** under the Rules of Professional Responsibility to speak with you directly.

If you have proof that payments were made, fax that proof to our office at **215-825-6406**. If payment is not made, we will file a Certification with the Court and request relief from the Bankruptcy stay.

KML Law Group, P.C.
/s/ Rebecca A. Solarz, Esquire
Rebecca A. Solarz, Esquire
KML Law Group P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-825-6327

cc:   Donna M. Fitzpatrick