**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Donna M. Fitzpatrick <br> <u>Debtors</u> <br><br> FREEDOM MORTGAGE CORPORATION <br> <u>Movant</u> <br> vs. <br><br> Donna M. Fitzpatrick <br> <u>Debtors</u> <br><br> and Kenneth E. West, Esq. <br> <u>Trustee</u> | Chapter 13 <br><br><br> NO. 19-11499 MDC <br><br><br> <u>11 U.S.C. Section 362</u> |

## **ORDER**

AND NOW, this 30th day of September 2022, upon the filing of a Certification of Default by the Movant in accordance with the Stipulation of the parties approved on April 28, 2020, it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under <u>11 U.S.C. Sections 362</u> and <u>1301</u> of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. <u>11 U.S.C. Sections 362</u> and <u>1301</u> (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 1203 Swarthmore Avenue Folsom, PA 19033.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge