**IN THE UNITED STATES BANKRUPTCY COURT**
**OF THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| Donna M. Fitzpatrick | : | |
| | : | Case No.: 19-11499-MDC |
| Debtor(s) | : | |

**CERTIFICATE OF NO RESPONSE**

I hereby certify that no answer, objection, or other responsive pleading has been filed in response to Debtor'(s) *Motion to Modify Plan and Approve Loan Modification* and respectfully request that the Order attached to the Motion be entered.


Dated: March 9, 2023            /s/ Brad J. Sadek, Esquire
                                Brad J. Sadek, Esquire
                                Sadek and Cooper Law Offices, LLC
                                1500 JFK Boulevard, Suite #220
                                Philadelphia, Pa 19102
                                brad@sadeklaw.com
                                215-545-0008