**U.S. BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| IN RE: | : | Chapter 13 |
|---|---|---|
| Donna M Fitzpatrick | : | |
| | : | Case No.: 19-11499-MDC |
| | : | |

**O R D E R**

AND NOW, upon consideration of the Motion to Modify Plan after Confirmation and Approve Loan Modification it is hereby:

ORDERED and DECREED that the Motion to Modify Plan After Confirmation and Loan Modification is GRATNED. It is further

ORDERED that the Debtor's chapter 13 plan payment shall be $233.00 per month for 37 months.


FURTHER ORDERED:



Dated:_____          _____
                               HONORABLE MAGDELINE D. COLEMAN
                               CHIEF U.S. BANKRUPTCY JUDGE