# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
DONNA M FITZPATRICK

Chapter 13

Debtor

Bankruptcy No. 19-11499-MDC

## ORDER

AND NOW, this ___18th___ day of ___May___, 2023, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** that any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor's plan shall be refunded to the Debtor unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

_Magdeline D. Coleman_  
Honorable Magdeline D. Coleman  
Chief Bankruptcy Judge

Kenneth E. West, Trustee  
P.O. Box 40837  
Philadelphia, PA  19107

Debtor's Attorney:  
BRAD J. SADEK ESQ  
SADEK AND COOPER LAW FIRM  
1500 JFK BLVD., SUITE 220  
PHILADELPHIA, PA 19102-

Debtor:  
DONNA M FITZPATRICK

1203 SWARTHMORE AVENUE

FOLSOM, PA 19033